## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

YONNI MATHURIN,

                      **Plaintiff,**

    v.

MOON RISE SHIPPING CO. S.A., owner
of the Vessel M/T Pioneer Sunshine, CITGO
PETROLEUM CORPORATION, MITSUI
O.S.K. LINES, SOLAR JAPAN CO., LTD.,
ASAHI MARINE CO., LTD., and JOHN
DOES 1-100,

                      **Defendants**.

1:08-cv-117

TO:   John K. Dema, Esq.
       Marie E. Thomas-Griffith, Esq.
       Andrew C. Simpson, Esq.
       Bruce P. Bennett, Esq.

### ORDER

THIS MATTER is before the Court upon Motion to Amend Verified Complaint to

Add Defendants, Filed by Plaintiff (Docket No. 17) and Amended Motion to Amend

Verified Complaint to Add Defendants, Filed by Plaintiff (Docket No. 19).  The time for

filing a response has expired.

Having reviewed the said motions and proposed amended complaint and with due

consideration of the policy favoring liberal allowance of amendments to pleadings, the

*Mathurin v. Moon Rise Shipping Co. S.A.*
1:08-cv-117
Order
Page 2


Court finds that Plaintiff should be allowed to amend his complaint.  Defendants have

presented no reason for denying the motion.

Accordingly, it is now hereby **ORDERED**:

1.    Motion to Amend Verified Complaint to Add Defendants, Filed by Plaintiff

      (Docket No. 17) is **DENIED AS MOOT**.

2.    Amended Motion to Amend Verified Complaint to Add Defendants, Filed

      by Plaintiff (Docket No. 19) is **GRANTED**.

3.    Plaintiff's First Amended Verified Complaint, filed as attachment #1 (Exhibit

      A) to Amended Motion to Amend Verified Complaint to Add Defendants,

      Filed by Plaintiff (Docket No. 19), is **DEEMED FILED** as of the date of entry

      of this order.

4.    The caption shall appear as hereinabove.

                            ENTER:


Dated: June 5, 2009                    /s/ George W. Cannon, Jr.
                                       GEORGE W. CANNON, JR.
                                       U.S. MAGISTRATE JUDGE