# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

YONNI MATHURIN,

                              Plaintiff,        1:08-cv-117

    v.

MOON RISE SHIPPING CO., S.A., owner
of the Vessel M/T Pioneer Sunshine, CITGO
PETROLEUM CORPORATION, MITSUI
O.S.K. LINES, SOLAR JAPAN CO., LTD.,
ASAHI MARINE CO., LTD., ASAHI
TANKER CO., LTD., and JOHN DOES 1-100,

                             Defendants.

TO:    John K. Dema, Esq.
         Marie E. Thomas-Griffith, Esq.
         Andrew C. Simpson, Esq.
         Bruce P. Bennett, Esq.

## ORDER

THIS MATTER came before the Court for hearing on January 14, 2010, upon Plaintiff's Motion For Sanctions Against Defendants, [sic] Solar Japan Co., Ltd., Asahi Marine Co., Ltd., and Asahi Tanker Co., Ltd., For Violation of the Court Order Filed on November 16, 2009 (Docket No. 53). John K. Dema, Esq., represented Plaintiff. Marie E. Thomas-Griffith, Esq., appeared on behalf of Defendants Solar Japan, Co., Ltd., Asahi

Marine Co., Ltd., and Asahi Tanker, Co., Ltd. Bruce P. Bennett, Esq., on behalf of Defendant Mitsui O.S.K. Lines, also was present.

Having reviewed the written submissions of the parties and having heard the arguments of counsel, the Court finds that said Defendants have complied with the order compelling production of discovery. Consequently, the Court will deny Plaintiff's motion.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion For Sanctions Against Defendants, [sic] Solar Japan Co., Ltd., Asahi Marine Co., Ltd., and Asahi Tanker Co., Ltd., For Violation of the Court Order Filed on November 16, 2009 (Docket No. 53) is **DENIED**.

ENTER:

Dated: January 14, 2010 /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE